ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2674 RHK/JMM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY JO DODGE,<br><br>Defendant,<br><br>BELL MORTGAGE,<br><br>Garnishee. | **GARNISHMENT ORDER** |

To: Bell Mortgage, garnishee, at 1000 Shelard Parkway, Suite 500, Minneapolis, Mn. 55426
Nancy Jo Dodge, defendant, at 16751 Ironwood Circle, Lakeville, MN. 55044

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about September 25, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about October 18, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of earnings.

Garnishee paid 25% of debtor's disposable earnings to the plaintiff and the debt in this matter, $2,221.21 including accruing interest and a surcharge of 10% of the total debt due has now been paid in full.

MAR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on September 25, 2001, is hereby released.

Dated: 3/25/02

Magistrate Judge
United States District Court